IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EILEEN HANSON-KELLY and SARA JACKSON, )
individually and on behalf of a class of others )
similarly situated, )
)
       Plaintiffs, )
)
v. )  **Civil Action No. 1:10cv65**
)
WEIGHT WATCHERS INTERNATIONAL, INC. and )
WEIGHT WATCHERS NORTH AMERICA, INC. )
)
       Defendants. )
)
)
)

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING WITH PREJUDICE AND WITHOUT COSTS AND WITHOUT ATTORNEYS' FEES

It is hereby ORDERED that the parties' Joint Motion to Approve Settlement Agreement of Plaintiffs' Individual Claims is granted.

It is further ORDERED that the above-captioned action be dismissed in its entirety *with prejudice*. The parties shall bear their own costs, disbursements, and attorneys' fees regarding the proceeding.

This the 4th day of April, 2012

                                               /s/   N. Carlton Tilley, Jr.
                                        Senior United States District Judge